Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: hcheong@swlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA HERRERA,<br><br>               Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE; SAFECO INSURANCE COMPANY OF ILLINOIS, individually,; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>               Defendants. | Case No. 2:14-cv-02221-RFB-VCF<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

NOTICE IS HEREBY GIVEN to the Court and parties that Snell & Wilmer L.L.P. is no longer associated with this matter and should be removed from the list of counsel of record in this case.

Dated: April 27, 2016

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
Holly E. Cheong
Nevada Bar No. 11936
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: May 2, 2016

23657361

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2016, I electronically transmitted the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

23657361