1  David J. Feldman, Esq.
   Nevada Bar No. 5947
2  FELDMAN GRAF, P.C.
   8845 West Flamingo Rd., Suite 110
3  Las Vegas, Nevada 89147
   Telephone: (702) 949-5096
4  Facsimile: (702) 949-5097
   dfeldman@feldmangraf.com
5  *Attorneys for Defendant*
   *Farmers Insurance Exchange*
6
                    **UNITED STATES DISTRICT COURT**
7
                         **DISTRICT OF NEVADA**
8
   SANDRA HERRERA,                        )    Case No.: 2:14-cv-02221-RFB-VCF
9                                          )
               Plaintiff,                  )
10                                         )
          vs.                              )
11                                         )
   FARMERS INSURANCE EXCHANGE;             )
12 SAFECO INSURANCE COMPANY OF             )
   ILLINOIS, individually, DOES I through X and )
13 ROE CORPORATIONS, I through X,          )
   inclusive,                              )
14                                         )
               Defendants.                 )
15 _____

16      IT IS HEREBY STIPULATED, by and between the Plaintiff, SANDRA HERRERA and

17 Defendant, FARMERS INSURANCE EXCHANGE, by and through their respective counsel of

18 record, that:

19      1.     That after discussion of the parties regarding the criteria of 28 U.S.C. §1332, and by

20 mutual agreement,  this matter should be remanded to State Court; and

21      2.     That this case be remanded to the Clark County District Court, Case No:

22 A-14-709224-C, in order to allow the Plaintiff, SANDRA HERRERA to pursue her claims in the

23 originally filed State Court action.

24 . . .

25 . . .

26 . . .

27 . . .

28

                                          1

**IT IS SO STIPULATED.**

Dated: November 13, 2017                              Dated: November 13, 2017

/s/ Marjorie Hauf_____          /s/ David J. Feldman_____
GANZ & HAUF                                          FELDMAN GRAF, P.C.
Marjorie Hauf, Esq.                                  David J. Feldman, Esq.
Nevada Bar No. 8111                                  Nevada Bar No. 5947
Adam Ganz, Esq.                                      8845 W. Flamingo Road, Suite 110
Nevada Bar No. 6650                                  Las Vegas, Nevada 89147
Ganz & Hauf                                          Telephone: (702) 949-5096
8950 W. Tropicana Avenue, Suite 1                    Attorneys for Defendant
Las Vegas, NV 89147                                  Farmers Insurance Exchange
Telephone:  (702) 598-4529
Attorneys for Plaintiff Sandra Herrera

**ORDER**

**IT IS SO ORDERED.**

_____.
RICHARD F. BOULWARE, II
United States District Judge

DATED this 22nd day of November, 2017.